IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LILY MICHELLE BRISTOW, a minor child, by and through her biological mother and next best friend, Chasity Reese | )<br>)<br>)<br>) |
| | ) No. 3-12-0395 |
| v. | )<br>) |
| TROUSDALE COUNTY, TENNESSEE; BRADLEY BASFORD, individually and in his official capacity as an employee of the Trousdale County Sheriff's Department; RAY RUSSELL, individually and in his official capacity as Sheriff of Trousdale County, Tennessee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Pursuant to the parties' joint stipulation of partial dismissal with prejudice (Docket Entry No. 8), the plaintiff's claims against defendants Bradley Basford and Ray Russell in their official capacities are DISMISSED with prejudice.

The Clerk is directed to terminate Bradley Basford and Ray Russell in their official capacities. They remain defendants in their individual capacities.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge