IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LILY MICHELLE BRISTOW, a minor child, by and through her biological mother and next best friend, Chasity Reese | )<br>)<br>)<br>)<br>) No. 3-12-0395<br>) |
| v. | )<br>) |
| TROUSDALE COUNTY, TENNESSEE; BRADLEY BASFORD, individually and in his official capacity as an employee of the Trousdale County Sheriff's Department; RAY RUSSELL, individually and in his official capacity as Sheriff of Trousdale County, Tennessee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

Pursuant to the order entered October 30, 2013 (Docket Entry No. 90), counsel for the parties called the Court on November 1, 2013, at which time they advised that they wanted to schedule a settlement conference before the undersigned before the December 3, 2013, trial and preferably before the November 15, 2013, pretrial conference. However, counsel were advised that the undersigned Magistrate Judge is not able to schedule a settlement conference within that time frame. As a result, the parties determined that they would explore the possibility of scheduling private mediation as soon as possible.

By November 6, 2013, the parties shall either schedule a telephone conference call with the Court or file a notice of whether the parties have agreed to engage in private mediation and, if so, when and with whom, and, if not, whether they want to explore the possibility of scheduling a settlement conference with another Magistrate Judge and/or mutually agreeing to continue the trial.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge